MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:   +1.650.843.4000
Fax:   +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
X HOLDINGS CORP.; X CORP.; ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, and CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, and ELON MUSK,<br>             Respondents. | Case No. 3:23-cv-02217<br><br>**RESPONDENT'S NOTICE OF SUBMISSION OF UNREDACTED SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT (DKT. NO. 53)** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SUBMISSION (Dkt. No. 53)
Case No. 3:23-cv-02217

Pursuant to the Court's August 20, 2024, Order Granting Motion to Intervene and Unseal Corporate Disclosure Statement (Dkt. No. 53), Respondents have attached hereto as **Exhibit A** to this Notice an unredacted version of the supplemental corporate disclosure statement that Respondents previously filed under seal on June 9, 2023.

Dated: September 4, 2024    MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Eric Meckley
    Eric Meckley
    Brian D. Berry
    Ashlee N. Cherry
    Kassia Stephenson

    Attorneys for Respondents
    TWITTER, INC.; X HOLDINGS I, INC.;
    X HOLDINGS CORP.; X CORP.; and
    ELON MUSK

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    NOTICE OF SUBMISSION (Dkt. No. 53)
     Case No. 3:23-cv-02217

# EXHIBIT A

MORGAN, LEWIS & BOCKIUS LLP
Eric Meckley, Bar No. 168181
eric.meckley@morganlewis.com
Brian D. Berry, Bar No. 229893
brian.berry@morganlewis.com
Kassia Stephenson, Bar No. 336175
kassia.stephenson@morganlewis.com
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:  +1.415.442.1000
Fax:  +1.415.442.1001

MORGAN, LEWIS & BOCKIUS LLP
Ashlee N. Cherry, Bar No. 312731
ashlee.cherry@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Respondents
TWITTER, INC.; X HOLDINGS I, INC.;
X HOLDINGS CORP.; X CORP.; ELON MUSK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH ANOKE, CATHERINE BONN, ISABELLE CANNELL, MELANIE EUSEBIO, SAMANTHA FESTEJO, CARLOS MOISES ORTIZ GOMEZ, DAWN HOISE, WAYNE KRUG, LAURENT LUCE, PATRICK O'CONNELL, JENNIFER RYAN, JAIME SENA, JAMES SHOBE, KARYN THOMPSON, AND CRISTIAN ZAPATA,<br><br>Petitioners,<br><br>v.<br><br>TWITTER, INC., X HOLDINGS I, INC., X HOLDINGS, CORP, X CORP, AND ELON MUSK,<br><br>Respondents. | Case No. 3:23-cv-02217<br><br>**RESPONDENTS' SUPPLEMENTAL RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION PURSUANT TO LOCAL RULE 3-15** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

Pursuant to Northern District of California Civil Local Rule 3-15 and Rule 7.1 of the Federal Rules of Civil Procedure, Respondent X Corp. as successor in interest to named Respondent Twitter, Inc., by and through its counsel, certifies that Twitter, Inc. has been merged into X Corp. and no longer exists.  Respondent X Holdings Corp., as successor in interest to named Respondent X Holdings I, Inc., by and through its counsel, certifies that X Holdings I, Inc. has been merged into X Holdings Corp. and no longer exists.  X Corp. is wholly owned by X Holdings Corp.  No publicly held corporation owns 10% or more of X Corp.'s or X Holdings Corp.'s stock.

Pursuant to the Court's Order Granting Plaintiffs' Administrative Motion Directing Defendants to Supplement Corporate Disclosure Statement, Respondents disclose the following persons and entities who are owners/shareholders of X Holdings Corp. (ECF No. 35):

- 8VC Opportunities Fund II, L.P.
- ADREM X LLC
- ADREM Y LLC
- Afshar Partners, LP
- Andrea Stroppa
- Andreessen Horowitz LSV Fund III, L.P.
- Anthem Ventures, LLC
- ARK Venture Private Holdings LLC
- BAMCO, Inc.
- Bandera Fund LLC
- Baron Opportunity Fund
- Baron Partners Fund
- Binance Capital Management Co., Ltd
- Brookfield Project X L.P.
- CCM 2020 Investments LLC
- Cheng and Chen Family Trust
- CNK Fund IV, L.P.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

1. • Danilo Kawasaki
2. • Dayton Family Enterprises, LLC
3. • Dayton Family Investments, LLC
4. • DFJ GROWTH IV, L.P.
5. • DFJ GROWTH IV PARALLEL FUND, LLC
6. • DFJ GROWTH X-I, L.P.
7. • Eden Relationship Capital L.P.
8. • Elon Musk as Trustee of the Elon Musk Revocable Trust dated July 22, 2003
9. • FIAM Target Date Blue Chip Growth Commingled Pool By: Fidelity Institutional Asset Management Trust Company as Trustee
10. • Fidelity Blue Chip Growth Commingled Pool By: Fidelity Management Trust Company, as Trustee
11. • Fidelity Blue Chip Growth Institutional Trust By its manager Fidelity Investments Canada ULC
12. • Fidelity Canadian Growth Company Fund by its manager Fidelity Investments Canada ULC
13. • Fidelity Central Investment Portfolios LLC: Fidelity U.S. Equity Central Fund - Communication Services Sub
14. • Fidelity Contrafund: Fidelity Advisor New Insights Fund - Sub A
15. • Fidelity Contrafund: Fidelity Advisor New Insights Fund - Sub B
16. • Fidelity Contrafund: Fidelity Contrafund
17. • Fidelity Contrafund: Fidelity Contrafund K6
18. • Fidelity Contrafund: Fidelity Series Opportunistic Insights Fund
19. • Fidelity Contrafund Commingled Pool By: Fidelity Management Trust Company, as Trustee
20. • Fidelity Destiny Portfolios: Fidelity Advisor Diversified Stock Fund
21. • Fidelity Global Growth and Value Investment Trust - Sub A By its manager Fidelity Investments Canada ULC:

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

|   |   |
|---|---|
| 1 | • Fidelity Global Innovators Investment Trust by its manager Fidelity Investments Canada ULC |
| 3 | • Fidelity Growth Company Commingled Pool By: Fidelity Management Trust Company, as Trustee |
| 5 | • Fidelity Insights Investment Trust By its manager Fidelity Investments Canada ULC |
| 7 | • Fidelity Mt. Vernon Street Trust: Fidelity Growth Company Fund |
| 8 | • Fidelity Mt. Vernon Street Trust : Fidelity Growth Company K6 Fund |
| 9 | • Fidelity Mt. Vernon Street Trust: Fidelity Series Growth Company Fund |
| 10 | • Fidelity OTC Commingled Pool By: Fidelity Management Trust Company, as Trustee |
| 12 | • Fidelity Puritan Trust: Fidelity Puritan Fund - Equity Sub B |
| 13 | • Fidelity Puritan Trust: Puritan K6 Fund - Equity Subportfolio |
| 14 | • Fidelity Securities Fund: Fidelity Blue Chip Growth Fund |
| 15 | • Fidelity Securities Fund: Fidelity Blue Chip Growth K6 Fund |
| 16 | • Fidelity Securities Fund: Fidelity OTC K6 Portfolio |
| 17 | • Fidelity Securities Fund: Fidelity OTC Portfolio |
| 18 | • Fidelity Select Portfolios : Select Communication Services Portfolio |
| 19 | • G64 Ventures LLC |
| 20 | • Gerber Kawasaki Inc. |
| 21 | • GFNCI LLC |
| 22 | • Gigafund 0.21, LP |
| 23 | • Glacier Ventures LLC |
| 24 | • Go Mav, LLC |
| 25 | • HRH Prince Alwaleed Bin Talal Bin Abdulaziz Alsaud |
| 26 | • HRH Prince Alwaleed Bin Talal Bin Abdulaziz Alsaud |
| 27 | • IMG US, LLC |
| 28 | • Jack Dorsey Remainder LLC |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

| | | |
|---|---|---|
| 1 | • | Jack Dorsey Tr Ua 12/08/2010 Jack Dorsey Revocable Trust |
| 2 | • | Kingdom Holding Company |
| 3 | • | Lawrence J. Ellison Revocable Trust |
| 4 | • | Linda Ye and Robin Ren Family Foundation |
| 5 | • | Litani Ventures |
| 6 | • | Luchi Fiduciaria SR POS. 365 |
| 7 | • | Manhattan Venture Partners X LLC |
| 8 | • | Mirae Asset Innovation X ONE, LLC |
| 9 | • | Mirae Asset Project X Fund I, LP |
| 10 | • | Olivier Janssens |
| 11 | • | Q Tetris Holding LLC |
| 12 | • | Ross Gerber |
| 13 | • | Santo Lira LLC |
| 14 | • | SC CDA1 LLC |
| 15 | • | SCGE Fund, L.P. |
| 16 | • | SCGGF III – U.S./India Management, L.P. |
| 17 | • | SCHF (M) PV, L.P. |
| 18 | • | Scott Nolan |
| 19 | • | SC US/E Expansion Fund I Management, L.P. |
| 20 | • | Sean Combs Capital, LLC |
| 21 | • | Sequent (Schweiz) AG as Trustee of the Debala Trust |
| 22 | • | Sequioa Capital Fund, L.P. |
| 23 | • | Series N Dis, a series of Atreides Special Circumstances Fund, LLC |
| 24 | • | Shahidi Tactic Group, LLC |
| 25 | • | Steve Davis |
| 26 | • | T. One Holdings LLC |
| 27 | • | The Pershing Square Foundation |
| 28 | • | TM33 Partner Holdings LLC |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217

1   • Tresser Blvd 402 LLC

2   • UnipolSai S.P.A.

3   • Variable Insurance Products Fund II: VIP Contrafund Portfolio - Subportfolio A

4   • VYC25 Limited

5   • X Holdings I Investment, LLC

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties and the above-listed owners/shareholders of X Holdings Corp.) to report.

Dated: June 9, 2023                    MORGAN, LEWIS & BOCKIUS LLP

                                        By  /s/ Eric Meckley
                                            Eric Meckley
                                            Brian D. Berry
                                            Ashlee N. Cherry
                                            Kassia Stephenson

                                            Attorneys for Respondents
                                            TWITTER, INC.; X HOLDINGS I, INC.;
                                            X HOLDINGS CORP.; X CORP.; ELON MUSK

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

RESPONDENTS' SUPPLEMENTAL
RULE 7.1 CORP DISCLOSURE STMT
Case No. 3:23-cv-02217