# Ethan Jacobs Law Corporation

December 23, 2024

Molly Dwyer, Clerk of Court
United States Court of Appeals for the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**Re: Petitioner-Appellees Sarah Anoke, et al.'s Notice of No Answering Brief in**
*Anoke, et al. v. Twitter, Inc., et al.*, **No. 24-5936**

Dear Ms. Dwyer:

As required by Circuit Rule 31-2.3, Petitioner-Appellees Sarah Anoke, *et al.* in the above-referenced appeal notify the Court that they will not be filing an answering brief in this appeal.

Petitioner-Appellees did not join in Intervenor-Appellee Jacob Silverman's motion to unseal Appellants' conflicts disclosures in the district court and do not oppose Appellants' appeal from the district court's order granting that motion.

Respectfully submitted,

Ethan Jacobs

*Attorneys for Petitioner-Appellees
Sarah Anoke, et al.*